PROB 12A
(Rev. 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Tony St Clair      Case Number: 3:97-00147

Name of Sentencing Judicial Officer: Honorable John T. Nixon, Senior U.S. District Judge

Date of Original Sentence: October 22, 1998

Date of Revocation Sentence: January 12, 2012

Original Offense: Felon in Possession of Firearms

Original Sentence: 180 months' custody; 5 years supervised release

Revocation Sentence: 8 months' custody; continued on 5 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: May 16, 2011

Date Supervision Recommenced: July 20, 2012

Assistant U.S. Attorney: Sunny A.M. Koshy     Defense Attorney: Mariah Wooten

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 18th day of July, 2013, and made a part of the records in the above case.

_____
John T. Nixon
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place     Clarksville, TN

Date     July 11, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance except as prescribed by a physician.** |

Tony St Clair tested positive for marijuana on June 17, 2013.

### Compliance with Supervision Conditions and Prior Interventions:

Tony St Clair commenced the five-year term of supervised release on May 16, 2011. Supervision was revoked on January 12, 2012, and he was ordered to serve 8 months' custody to be followed by the remainder of the originally imposed five-year term of supervised release. He was released to the remainder of the five-year term of supervised release on July 20, 2012. Mr. St Clair has been enrolled in substance abuse treatment since December 3, 2012. He has participated in treatment as directed. He has also been randomly drug tested since his return to supervised release. Mr. St Clair admitted to using marijuana prior to the positive urine screen on June 17, 2013. Mr. St Clair is currently employed by Nashville Machine Company. He has been compliant with all other conditions of supervision.

### U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Mr. St Clair will be returned to weekly substance abuse treatment and random urine testing will continue. Should he fail to submit to treatment as directed or if there are any additional violations, a separate petition will be prepared with a request for revocation proceedings to be initiated.

This case has been discussed with Assistant U.S. Attorney Sunny Koshy who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer